**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

**ROSEMARY SIMMONS**                                                                                  **PLAINTIFF**

  **versus**                                                           Civil Action No.:   5:05cv0028 DCB JMR

**FORD MOTOR COMPANY**                                                                       **DEFENDANT**

## ORDER

THIS CAUSE is before the Court on the *ore tenus* motion of the Plaintiff for additional time to file a response to the Defendant's motion for partial summary judgment. The court, being advised the Defendant has no objection, finds the motion should be sustained.

IT IS HEREBY ORDERED, that the Plaintiff's response to the motion for summary judgment shall be served on or before November 6, 2006.

SO ORDERED, this the   23rd   day of October 2006.

                                                                  s/ David Bramlette
                                                               UNITED STATES DISTRICT JUDGE


**Agreed**:


    /s/ Robert C. Boyd
Robert C. Boyd
Attorney For Plaintiff


    /s/ Robert F. Walker
Robert F. Walker
Attorney For Defendant

                                                                                           **1260**