### IN THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF MISSISSIPPI
### WESTERN DIVISION

**ROSEMARY SIMMONS**                                                                 **PLAINTIFF**

**v.**                                        **CIVIL ACTION NO. 5:05-CV-00028-DCB-JMR**

**FORD MOTOR COMPANY**                                                        **DEFENDANT**

---

### AGREED ORDER OF DISMISSAL WITH PREJUDICE
---

Pursuant to the Federal Rules of Civil Procedure, Plaintiff Rosemary Simmons and Defendant Ford Motor Company, having reached settlement, jointly move the Court by *ore tenus* motion for an order dismissing this action with prejudice as to Ford Motor Company. Such motion has come before the Court and is granted. Therefore, this action is hereby dismissed with prejudice as to Defendant Ford Motor Company with all parties to bear their own costs and expenses of litigation, including attorney's fees.

THIS the 15th day of February, 2007.


S/DAVID BRAMLETTE
**UNITED STATES DISTRICT JUDGE**

**AGREED TO AND APPROVED:**


_____/s/Robert C. Boyd_____

Robert C. Boyd, Esq.

BOYD & AKIN, PLLC

Post Office Box 1297

Clinton, Mississippi  39060-1297

**COUNSEL FOR PLAINTIFF**



_____/s/Robert F. Walker_____

Robert F. Walker, Esq.

BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.

4268 I-55 North, Meadowbrook Office Park

Jackson, Mississippi  39211-6391

**COUNSEL FOR FORD MOTOR COMPANY**